1    HONORABLE RONALD B. LEIGHTON

2

3

4

5

6                    UNITED STATES DISTRICT COURT
7                  WESTERN DISTRICT OF WASHINGTON
                             AT TACOMA
8
      GEORGETTE McNABB,                      CASE NO. C12-6038RBL
9
                       Plaintiff,            ORDER
10
             v.
11
      UNITED STATES DEPARTMENT OF
12    THE ARMY, et al,

13                     Defendants.

14           v.

15    JANE LEE SMITH, et al.,

16                 Third-Party Defendants.

17           On May 14, 2013, the Court dismissed Plaintiff Georgette McNabb's cause of action

18    challenging the validity of her late husband's change of beneficiary for his Servicemembers'

19    Group Life Insurance ("SGLI") from her to Jana Lee Smith ("Smith") for $280,000 and to his

20    son Jacob-Colten, and Ms. Smith's two daughters for $120,000 [Dkt. #36].  Prudential has paid

21    $280,000 to Ms. Smith.  Defendant Prudential Insurance Company of America's Counterclaim,

22    Third-Party Claim in Interpleader and Contingent Cross Claim filed February 26, 2013 [Dkt.

23    #12].  After filing its Counterclaim, Third-Party Claim in Interpleader and Contingent Cross

24    Claim on February 26, 2013, Prudential then filed its Agreed Motion to Permit Deposit into the

1   Registry of the Court of the $120,000 on March 26, 2013 [Dkt. #34].  The Court granted leave

2   for Prudential to deposit a $120,000 check into the Registry of the Court on April 10, 2013 [Dkt.

3   #35].

4          Plaintiff now moves for summary judgment which seeks to resolve Defendant Prudential

5   Insurance Company of America's Counterclaim, Third-Party Claim in Interpleader and

6   Contingent Cross Claim [Dkt. #49].  The Court is informed that Plaintiff asserts that Defendant

7   Prudential contends that Plaintiff's Appeal of the Court's Order on Motion to Dismiss entered

8   May 14, 2013, Order on Motion for Reconsideration entered May 23, 2013, and Judgment

9   entered May 24, 2013, is premature pursuant to Fed. R. Civ. P. 54(b).

10         The Court DENIES the Motion for Summary Judgment [Dkt. #49].  The Court

11  determines that there is no just reason for delay of Plaintiff's appeal of the Court's Order

12  dismissing Plaintiff Georgette McNabb's lawsuit pursuant to Fed. R. Civ. P. 54(b) [Dkt. #36].

13  The Court has directed the deposit of the remaining $120,000 into the Registry of the Court and

14  the remaining issues raised by Prudential in its Counterclaim, Third-Party  Claim in Interpleader

15  and Contingent Cross Claim will be resolved if the Court's Order dismissing Plaintiff's claims is

16  affirmed by the Ninth Circuit Court of Appeals.  If the Ninth Circuit reverses the Court's Order,

17  the Court will have the opportunity to reconsider this case on remand and rule on the issues

18  raised in Prudential's Counterclaim, Third-Party Claim in Interpleader and Contingent Cross

19  Claim.

20         Dated this 20th day of August, 2013.

21

22         _____

23         RONALD B. LEIGHTON
           UNITED STATES DISTRICT JUDGE

24